Case NO. C-08-0822-SA

03-15-00179-CR

April 15, 2015

Greetings

To whom it may Concern, of the Third Court of appeals. I'm writing you, because my lawyer Fred brigman has not Contacted me or filed a Docketing statement. or Came to speak to me about my Appellate brief. I'm worried about my Appeal. He did not write a Correct Notice of Appeal. I had to write one my self the Correct way, If you look at his notice then look at mine, You'll see a huge difference. I'm asking the Third Court of appeals to have Fred brigman withdraw himself from my case, and have Some one competant to represent me on my appeal. I believe lawyers like Fred brigman are why people like me get screwed in the system. I have filed every motion on my case and Appeal case by myself. I need help on my Appellate briefs, and I believe Fred brigman, will not do his Job, I ask you the Third Court of appeals to fix this Situation. So I may not lose my Appeal, Thank you for your time.

C.C. A.C.L.U

Orlando Salazar

Andrea Salazar

District Clerk

Fred brigman

F.B.I

Texas BAR

RECEIVED

APR 2 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Respectfully Submitted

By: Orlando Salazar

Orlando Salazar
Andrea Salazar
325-227-1620
3406 Juanita Ave. B
San Angelo, TX. 96901

Orlando Salazar #5602q
122 W. Harris
San Angelo, TX 76903

TOM GREEN COUNTY JAIL.
122 W. Harris
San Angelo, Texas 76903

Third Court of Appeals
P.O. Box 12547
Austin, Tx 78711

FOREVER
USA